# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**AMBERLA SUMMERS,**

    **Plaintiff,**

    v.                                             **Civil Action 2:23-cv-759**
                                                      **Chief Judge Algenon L. Marbley**
                                                      **Magistrate Judge Chelsey M. Vascura**

**NORTHPOINT SENIOR SERVICES, LLC,**
  *d/b/a Prestige Healthcare*, *et al.*,

    **Defendants.**

## ORDER

    This matter is before the Court on Defendant Northpoint Senior Services, LLC ("Northpoint") and Plaintiff Amberla Summers' Joint Motion to Stay Case (ECF No. 5). For good cause shown, the Motion (ECF No. 5) is **GRANTED**. This case is **STAYED** for 45 days. Northpoint's deadline to move or plead in response to Plaintiff's Complaint is **EXTENDED** until 14 days after the stay is lifted.

    **IT IS SO ORDERED.**

                                                                 /s/ *Chelsey M. Vascura*
                                                                 CHELSEY M. VASCURA
                                                                 UNITED STATES MAGISTRATE JUDGE