IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMBERLA SUMMERS, *on behalf of herself and all others similarly situated*,   )<br>)<br>*Plaintiff*,   )<br>)<br>v.   )<br>)<br>NORTHPOINT SENIOR SERVICES, LLC, *et al.*,   )<br>)<br>*Defendants.*   ) | CASE NO. 2:23-cv-759<br><br>Judge Algenon L. Marbley<br><br>Magistrate Judge Chelsey M. Vascura<br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT** |

Plaintiff Amberla Summers ("Plaintiff") and Defendant Northpoint Senior Services, LLC ("Defendant") (collectively, the "Parties") move this Court to review the parties' Settlement Agreement and Release of Claims (the "Settlement Agreement" or "Agreement"), filed concurrently herewith as Exhibit 2, and issue an Order approving the Settlement Agreement as fair and reasonable (a proposed Order is attached as Exhibit 3). In support of this Motion, the Parties aver:

1. Plaintiff, on behalf of herself individually and all others similarly situated, commenced this action against Defendants, alleging, *inter alia*, that Defendants[1] failed to pay Plaintiff overtime compensation under the Fair Labor Standards Act ("FLSA") and the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), and failed to timely pay wages, including overtime compensation, under the Ohio Prompt Payment Act ("OPPA").

2. After filing this suit, Defendants informed Plaintiff that she had signed an arbitration agreement providing that arbitration on an individual basis was the exclusive forum for the claims that are the subject of this lawsuit.

---

[1] Defendant Noble Healthcare Management, LLC was dismissed from this lawsuit. *See* ECF No. 16.

3. To reach a compromise and to avoid the expense and burden of litigation or arbitration, the parties have agreed to settle Plaintiff's individual claims against Defendant. The settlement is embodied in the Declaration of Plaintiff's Counsel (attached as Exhibit 1) and the Settlement Agreement, filed concurrently as Exhibit 2.

4. Plaintiff's counsel reviewed Plaintiff's time and pay records, which Defendant's counsel produced. Plaintiff's counsel believes that the settlement is fair and reasonable. *See* Exhibit 1 (Declaration of Daniel I. Bryant).

5. The settlement is contingent upon the Court's review and approval of the Settlement Agreement and issuance of an Order approving the settlement as fair and reasonable.

6. The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and based upon the settlement, hereby stipulate to the dismissal of this case with prejudice. Except as otherwise provided in the Settlement Agreement, the parties agree to bear their own attorneys' fees and costs. The Court is to tax costs, if any, to the parties in equal amounts. The parties request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement.

WHEREFORE, the parties request that the Court review the Settlement Agreement, issue an Order approving the Settlement Agreement as fair and reasonable, and dismiss with prejudice the claims in this lawsuit in their entirety.

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel I. Bryant* | */s/ Jeremy D. Smith* |
| Daniel I. Bryant (0090859) | Michael B. Mattingly (OH 0089847) |
| **BRYANT LEGAL, LLC** | Jeremy D. Smith (OH 0088538) |
| 4400 N. High St., Suite 310 | DINSMORE & SHOHL LLP |
| Columbus, Ohio 43214 | 255 E. Fifth Street, Suite 1900 |
| Phone: (614) 704-0546 | Cincinnati, OH  45202 |
| Facsimile: (614) 573-9826 | Tel. No.:  (513) 977-8200 |
| Email: dbryant@bryantlegalllc.com | Fax No.:  (513) 977-8141 |
| | Email: michael.mattingly@dinsmore.com |
| Matthew J.P. Coffman (0085586) | jeremy.smith@dinsmore.com |
| Kelsie N. Hendren (100041) | |
| Tristan T. Akers (0102298) | *Counsel for Northpoint Senior Services, LLC* |
| **COFFMAN LEGAL, LLC** | |
| 1550 Old Henderson Road | |
| Suite 126 | |
| Columbus, Ohio 43220 | |
| Phone: 614-949-1181 | |
| Fax: 614-386-9964 | |
| Email: | |
| mcoffman@mcoffmanlegal.com | |
| khendren@mcoffmanlegal.com | |
| takers@mcoffmanlegal.com | |

*Attorneys for Plaintiff*